IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDGAR L. M. S., | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 3:26-cv-301-X |
| V. | § | |
| | § | |
| ANGIE RODRIGUEZ, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 13th day of May 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1